**ROANNE L. MANN**  **DATE:** May 5, 2022
**UNITED STATES MAGISTRATE JUDGE**  **START:** 4:02 p.m.
  **END:** 5:23 p.m.

**DOCKET NO:** 21-cv-57-AMD-RLM

**CASE** Secretary of Labor v. CE Security LLC et al

☐ INITIAL CONFERENCE ☐ OTHER/*CHEEKS* HEARING
X DISCOVERY CONFERENCE ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE X TELEPHONE CONFERENCE
X MOTION HEARING ☐ INFANT COMPROMISE HEARING

| **PLAINTIFF** | **ATTORNEY** |
|---|---|
| | David Rutenberg and Jordan Laris Cohen |

| **DEFENDANTS** | **ATTORNEY** |
|---|---|
| | Roger V Archibald |

☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:** _____ **DEF. TO SERVE PL. BY:** _____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic motion hearing concerning plaintiff's motion to compel discovery responses and document production (DE #23) and hears oral argument from counsel for both sides. As discussed, by May 19, 2022, defendants must revise and provide to plaintiff's counsel their written responses to plaintiff's document demands, so as to identify, by bates numbers, where the responsive documents can be found within the production. Defendants must also produce by that date contracts between defendants and spotholders and/or ConEd, as well as payroll records through the present, in the format produced by defendants during the Secretary's investigation; rather than re-producing payroll records for the period of time covered by the records produced during the investigation, defendants may authenticate the previously produced records. After defendants have supplemented their discovery responses and document production, the parties are to meet and confer in good faith to address those categories of documents that are missing (if any), as determined by plaintiff's counsel. By May 23, 2022, the parties must file a joint letter advising the Court of the status of their discovery efforts. For the reasons stated on the record, the Court denies plaintiff's request for contact information relating to spotholders.